IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

JUAN CARLOS RAMIREZ CLARO, et al.,

    Defendants.

No. C 12-05744 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for its notice of settlement of the captioned matter but cautions that all deadlines remain active until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: January 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE