IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,   No. C 12-05744 WHA

    Plaintiff,

  v.   **NOTICE TO CLERK TO CLOSE FILE**

JUAN CARLOS RAMIREZ CLARO,
individually and d/b/a MARISCOS
PUERTO VALLARTA 2,

    Defendant.
_____/

    The parties have filed a stipulation seeking dismissal of this action under FRCP 41(a)(1) (Dkt. No. 21). Pursuant to the rule, the action is dismissed. This Court will not retain jurisdiction to enforce the terms of the settlement.

    The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE